| | |
|---|---|
| 1 | ROCKARD J. DELGADILLO, City Attorney (SBN 125465x) |
| 2 | MICHAEL L. CLAESSENS, Sr. Assist. City Attorney, (SBN 125379) |
|   | ANGEL MANZANO, JR., Deputy City Attorney (SBN 73889) |
| 3 | DANIEL P. AGUILERA, Deputy City Attorney (SBN 108159) |
|   | BETH D. ORELLANA, Deputy City Attorney (SBN 210455) |
| 4 | 200 North Main Street, |
|   | 700 City Hall East |
| 5 | Los Angeles, California 90012-4130              JS-6 |
|   | Telephone: (213) 978-8279 Fax: (213) 978-8216 |
| 6 | E-mail: daniel.aguilera@lacity.org |
| 7 | Attorneys for Defendants |
|   | CITY OF LOS ANGELES, ET AL. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CAROL JO GAVIN, | **CASE NO.2:05-cv-09001-FMC-SSx** |
| Plaintiff, | *[Consolidated with Case No. CV 05-9003 FMC (SSx) for all pre-trial purposes]* |
| v. | |
| CITY OF LOS ANGELES, WILLIAM J. BRATTON, MICHAEL BERKOW, JOHN EGAN, ERIC LILLO, DEBRA McCARTHY, MICHAEL WILLIAMS, BRIAN HOSPODAR, ROBERT VANINA, SANDY JO Mac ARTHUR, and DOES 1 through 10, inclusive, | **AMENDED JUDGMENT** |
| | Trial Date: September 2, 2008 |
| | Time: 9:00 a.m. |
| | Crtrm: 750, Roybal |
| Defendants. | |

- 1 -

# AMENDED JUDGMENT

On August 3, 2007, having considered the parties' submissions and argument by counsel for the parties, this Court granted in part and denied in part Defendants City of Los Angeles', William Bratton's, Jeri Weinstein's, John Egan's, Patrick Gannon's, Eric Lillo's, David McGill's, James Voge's, Michael Berkow's, Robert Vanina's, Michael Williams', Brian Hospodar's, Debra McCarthy's, and Sandy Jo MacArthur's Motion for Partial Summary Judgment against Plaintiffs Carol Jo Gavin's First Amended Complaint (FAC) and Albert J. Gavin's Complaint. The Court granted partial summary judgment as to Carol Jo Gavin's first through fifth causes of action for violation of freedom of association, violation of equal protection, *Monell* liability, *City of Canton* liability, and *Larez* liability. The Court also granted partial summary judgment as to Albert J. Gavin's second cause of action for violation of freedom of association, third cause of action for violation of procedural due process, and fifth cause of action for *City of Canton* liability. As to the sixth cause of action for *Larez* liability, the Court granted partial summary judgment as to moving defendants City of Los Angeles, William Bratton, John Egan, Patrick Gannon, David McGill, James Voge, Robert Vanina, Michael Williams, and Brian Hospodar.

On August 27, 2008, the parties filed a stipulation dismissing William J. Bratton from the entire consolidated action (CV 05-9001 and CV 05-9003) with prejudice pursuant to FRCP 41(a)(1). This stipulation also dismissed with prejudice and pursuant to FRCP 41(a)(1), Albert J. Gavin's twelfth cause of action for violation of his personal rights under California Civil Code §52.1 (the Bane Act).

On August 27, 2008, the Court filed its Order/Rulings On Motions In Limine ordering that plaintiffs were precluded from presenting evidence on their

claims of negligent supervision (Carol Jo Gavin's FAC ninth cause of action and Albert J. Gavin's Complaint eleventh cause of action).

On September 2, 2008, a jury trial commenced in the above-referenced action. On September 11, 2005, the parties filed a stipulation dismissing David McGill and James Voge from the entire consolidated action (CV 05-9001 and CV 05-9003) with prejudice pursuant to FRCP 41(a)(1). This stipulation also dismissed with prejudice and pursuant to FRCP 41(a)(1), Michael Berkow, John Egan, Eric Lillo, Debra McCarthy, Michael Williams, Brian Hospodar, Robert Vanina, and Sandy Jo MacArthur from Carol Jo Gavin's FEHA Discrimination Cause of Action (FAC, sixth cause of action). This stipulation also dismissed with prejudice and pursuant to FRCP 41(a)(1), Michael Berkow and Jeri Weinstein from Albert J. Gavin's FEHA family leave violation cause of action (FAC, seventh cause of action).

After the close of all evidence, argument by the parties and instructions to the jury, on September 15, 2008, the jury returned unanimous verdicts in favor of Defendants City of Los Angeles, Jeri Weinstein, John Egan, Eric Lillo, Michael Berkow, Robert Vanina, Michael Williams, Brian Hospodar, Debra McCarthy, and Sandy Jo MacArthur and against Plaintiff Carol Jo Gavin on the remaining claims in her First Amended Complaint and against Albert J. Gavin on the remaining claims in his Complaint.

On November 3, 2008, Plaintiffs Carol Jo Gavin and Albert J. Gavin filed a Notice of Appeal to United States Court of Appeals for the Ninth Circuit. The Ninth Circuit docket number for the appeal was 08-56806. On January 23, 2009, the Ninth Circuit filed and served its order dismissing the appeal for lack of jurisdiction.

Having considered the record in this matter, including this Court's orders on Defendants' motion for summary judgment, the jury's verdict and the Ninth

Circuit's order dismissing Plaintiffs' appeal filed on November 3, 2008, this Court now makes the following orders and judgment:

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that Plaintiff Carol Jo Gavin shall take nothing on her First Amended Complaint and that plaintiff Albert J. Gavin shall take nothing on his Complaint in these consolidated actions and that judgment is hereby entered in favor of Defendants City of Los Angeles, Jeri Weinstein, John Egan, Eric Lillo, Michael Berkow, Robert Vanina, Michael Williams, Brian Hospodar, Debra McCarthy, and Sandy Jo MacArthur. Further, that Defendants City of Los Angeles, Jeri Weinstein, John Egan, Eric Lillo, Michael Berkow, Robert Vanina, Michael Williams, Brian Hospodar, Debra McCarthy, and Sandy Jo MacArthur shall recover from Plaintiffs Carol Jo Gavin and Albert J. Gavin costs of suit in the sum of $_____.

DATED: FEB 1 1 2009

THE HON. FLORENCE MARIE COOPER
UNITED STATES DISTRICT JUDGE